# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4812

———————————————

EDWARD WEBB,

   Appellant,

v.

DEPARTMENT OF CORRECTIONS
and FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Appellees.

———————————————

On appeal from the Circuit Court for Holmes County.
Tim Register, Judge.

April 19, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Edward Webb, pro se, Appellant.

Gayla Grant, Assistant General Counsel, Tallahassee, for Appellee Department of Corrections; Mark Hiers, Assistant General Counsel, Tallahassee, for Appellee Florida Commission on Offender Review.